Lomtevas v City of Schenectady (2026 NY Slip Op 00656)

Lomtevas v City of Schenectady

2026 NY Slip Op 00656

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND GREENWOOD, JJ.

13 CA 25-00955

[*1]PETER C. LOMTEVAS, PLAINTIFF-APPELLANT,
vCITY OF SCHENECTADY, MAXINE L. BARASCH, AS CORPORATION COUNSEL, MARYANN ALLI, AS PERSONNEL AND BENEFITS ADMINISTRATOR, ANTHONY FERRARI, AS COMMISSIONER OF FINANCE AND ADMINISTRATION OF CITY OF SCHENECTADY AND GARY R. MCCARTHY, AS MAYOR OF CITY OF SCHENECTADY, DEFENDANTS-RESPONDENTS. 

PETER C. LOMTEVAS, PLAINTIFF-APPELLANT PRO SE.
GIRVIN & FERLAZZO, P.C., ALBANY (THOMAS H. FISHER OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Schenectady County (Paul E. Davenport, J.), entered October 17, 2024. The order granted the motion of defendants to dismiss the complaint and dismissed the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court